Sarah Ferguson (NSBN 14515)
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

*Attorney for Defendants Jerritt Canyon Gold LLC and FM US Holdings Limited*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NICANDRO ROSALES, Individually and On Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRITT CANYON GOLD LLC and FM US HOLDINGS LIMITED,<br><br>    Defendants. | Case No. 3:25-cv-00173-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Nicandro Rosales ("Plaintiff") and Defendants Jerritt Canyon Gold LLC and FM US Holdings Limited ("Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby agree and stipulate to further extend the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint on file herein from the present deadline of April 22, 2025 to and including May 6, 2025.  All agreements between the Parties in the Parties' prior Stipulation [ECF No. 14] remain in full effect as if stated herein.

This is the second request by Defendants for an extension of this deadline. This Stipulation is made in good faith and not for the purposes of delay, but rather to accommodate Defendants'

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Parsons
Behle &
Latimer

counsel's schedule following the death of an immediate family member last week.

Dated: April 16, 2025.

RODRIGUEZ LAW OFFICES, P.C.

/s/ Esther C. Rodriguez
Esther C. Rodriguez (NSBN 006473)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 320-8400
info@rodriguezlaw.com
-and-
Michael A. Josephson, TX Bar No. 24014780*
Andrew W. Dunlap, TX Bar No. 24078444*
Josephson Dunlap LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Telephone: (713) 352-1100
mjosephson@mybackwages.com
adunlap@mybackwages.com
-and-
Richard J. (Rex) Burch. TX Bar No. 24001807*
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
Telephone: (713) 877-8788
rburch@brucknerburch.com

*Attorneys for Plaintiff*

* Admitted Pro Hac Vice

Dated: April 16, 2025.

PARSONS BEHLE & LATIMER

/s/ Sarah Ferguson
Sarah Ferguson (NSBN 14515)
50 W. Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

*Attorney for Defendants*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 16, 2025