**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NICANDRO ROSALES, Individually and On Behalf of Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>JERRITT CANYON GOLD LLC and FM US HOLDINGS LIMITED,<br><br>   Defendants. | **Case No. 3:25-cv-00173-ART-CLB**<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff's motion to extend his deadline to respond to Jerritt Canyon Gold LLC and FM US Holdings Limited motion to dismiss (Doc. 28) is GRANTED.

Plaintiff's deadline to file his response in opposition to Jerritt Canyon Gold LLC and FM US Holdings Limited motion is extended up to, and including, June 19, 2025.

IT IS SO ORDERED, this 21st day of ___May___, 2025.

_____
UNITED STATES DISTRICT JUDGE

- 1 -