IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NICANDRO ROSALES, Individually and On Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRITT CANYON GOLD LLC and FM US HOLDINGS LIMITED,<br><br>    Defendants. | Case No. 3:25-cv-00173-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Nicandro Rosales ("Plaintiff") and Defendants Jerritt Canyon Gold LLC and FM US Holdings Limited ("Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsels of record, hereby agree and stipulate to extend the deadline for Defendants to file a Reply in Support of their Motion to Dismiss on file herein (ECF No. 28) for one (1) week, from June 26, 2025, to and including **July 3, 2025**.

This is the first request by Defendants for an extension of this deadline. This Stipulation is

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

made in good faith and not for the purposes of delay, but rather to accommodate Defendants' counsel's schedule.

Dated: June 25, 2025.

JOSEPHSON DUNLAP LLP

/s/ Andrew W. Dunlap
Michael A. Josephson, TX Bar No. 24014780*
Andrew W. Dunlap, TX Bar No. 24078444*
Richard M. Schreiber, TX Bar No. 24056278
Josephson Dunlap LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Telephone: (713) 352-1100
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com
-and-
Esther C. Rodriguez (NSBN 006473)
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 320-8400
info@rodriguezlaw.com
-and-
Richard J. (Rex) Burch. TX Bar No. 24001807*
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
Telephone: (713) 877-8788
rburch@brucknerburch.com

*Attorneys for Plaintiff*

* Admitted Pro Hac Vice

Dated: June 25, 2025.

PARSONS BEHLE & LATIMER

/s/ Sarah Ferguson
Sarah Ferguson (NSBN 14515)
50 W. Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

*Attorney for Defendants*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: June 25, 2025

2