**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NICANDRO ROSALES, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JERRITT CANYON GOLD LLC and FM US HOLDINGS LIMITED,<br><br>      Defendants. | **Case No. 3:25-cv-00173-ART-CLB**<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND STAY, TOLL, AND MEDIATE**<br>(Second Request) |

1.   Plaintiff Nicandro Rosales ("Plaintiff" or "Rosales") and Defendants Jerritt Canyon Gold LLC and FM US Holdings Limited ("Defendants" or "Jerritt Canyon") (collectively the "Parties"), previously agreed to stay this matter until February 9, 2026 while they attempted to resolve it. *See* ECF No. 63.

2.   However, despite the Parties' diligent efforts, they have not been able to resolve this matter in the timeframe previously agreed upon and entered by this Court. The Parties now have a virtual mediation scheduled for March 6, 2026 with Dennis A. Clifford. In order to focus on preparing for this mediation, the Parties respectfully request an extension of the previously stayed deadlines. If the

- 1 -

Parties are unable to resolve the matter at their March 6, 2026 mediation, they will so advise the Court no later than March 20, 2026.

3. The Parties' prior stipulation regarding the exchange of documents, tolling, and recommencement of discovery in the event the case is not resolved remains in effect as if fully incorporated herein. *See* ECF No. 63 ¶¶ 4-8.

4. Consistent with LR IA 6-1, the Parties aver this second extension request is made in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court Grant this Stipulation and enter an Order that (i) stays this case and all pending deadlines until March 20, 2026 and (ii) tolls the FLSA statute of limitations for the FLSA Collective Members.

Date: January 20, 2026                    Respectfully submitted,

**JOSEPHSON DUNLAP LLP**

/s/ *Andrew W. Dunlap*
Michael A. Josephson*
Andrew W. Dunlap*
Richard M. Schreiber
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

Esther C. Rodriguez (Bar No. 006473)
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400
Fax: (702) 320-8401
info@rodriguezlaw.com

Richard J. (Rex) Burch*
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

(*Admitted Pro Hac Vice*)

**ATTORNEYS FOR ROSALES &
THE HOURLY EMPLOYEES**

**PARSONS BEHLE & LATIMER**

/s/ *Sarah Ferguson*
Sarah Ferguson (NSBN 14515)
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com
-and-
Hannah Ector (USBN 17980)
Parsons Behle & Latimer
201 S. Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone:  (801) 532-1234
hector@parsonsbehle.com
(*Admitted Pro Hac Vice*)

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: January 21, 2026

- 3 -