IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NICANDRO ROSALES, Individually and On Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRITT CANYON GOLD, LLC and FM US HOLDINGS LIMITED,<br><br>    Defendants. | Case No. 3:25-cv-00173-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION  TO EXTEND STAY (FOURTH REQUEST)** |

Plaintiff Nicandro Rosales ("Plaintiff" or "Rosales") and Defendants Jerritt Canyon Gold LLC and FM US Holdings Limited ("Defendants" or "Jerritt Canyon") (collectively the "Parties"), by and through their undersigned counsel of record, respectfully submit this Stipulation to Extend Stay and Proposed Order.

1.    On November 17, 2025, the Court entered an order, pursuant to the Parties' stipulation staying this matter to facilitate mediation through February 9, 2026 [ECF No. 63].

2.    Despite diligent efforts, the Parties were unable to resolve the matter within that timeframe. A virtual mediation was scheduled for March 6, 2026, with mediator Dennis A. Clifford, necessitating an extension of the stay [ECF No. 64].

/ / /

PARSONS
BEHLE &
LATIMER

3.      The Parties have reached a settlement in principle. The Parties have been working diligently to prepare the required paperwork and have made significant progress since the Parties' third request for a stay.

4.      The Parties have agreed on the terms of the settlement agreement and are working diligently to finalize the remaining documents.

5.      The Parties respectfully request an additional sixty (60) days to memorialize and finalize the remaining settlement terms and associated documentation.

**ORDER**

The parties request for an addition sixty days to memorialize and finalize the remaining settlement terms and associated documentation is gratned.  The parties shall file dismissal documents or a joint notice regarding the status of settlement on or before July 27, 2026.

_____

Anne R. Traum
United States District Judge

Dated: May 26, 2026

PARSONS
BEHLE &
LATIMER

2